JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| Talibah Bey | Case No. EDCV 19-844-JGB (SHKx) |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| Gregory Geiser, *et al.* | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed concurrent herewith,

IT IS HEREBY ADJUDGED that Plaintiff's First Amended Complaint is dismissed without leave to amend and this action is dismissed with prejudice.

Dated: July 24, 2019

THE HONORABLE JESUS G. BERNAL
United States District Judge